IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:04-CR-54-1FL
No. 4:12-CV-8-FL

| | | |
|---|---|---|
| NICHOLAS OMAR MIDGETTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause shown, it is hereby ORDERED that the financial section of the United States District Court Clerk's Office shall refund the $1,900 in criminal monetary penalties that Nicholas Omar Midgette paid in connection with the above-captioned criminal case, as follows:

The financial section of the United States District Court Clerk's Office shall apply $575 of the refunded money to the outstanding monetary penalties ordered in <u>United States v. Midgette</u>, No. 4:16-CR-56-D (E.D.N.C.).

The financial section of the United States District Court Clerk's Office shall refund the remaining $1,325 to Nicholas Omar Midgette by mailing a check addressed as follows:

    Nicholas Omar Midgette #21616-056
    FCI Butner Low

1

Federal Correctional Institution
P.O. Box 999
Butner, NC 27509

The Court DENIES Nicholas Omar Midgette's motion for pre- and post-judgment interest, for the reasons stated in the government's response. In addition, petitioner's motion to expedite is DENIED AS MOOT.

SO ORDERED, this the 20th day of April, 2018.

LOUISE W. FLANAGAN
United States District Judge

2